United States District Court

For the Northern District of California

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10   DAVID M. JACKSON et al,                    No. C 06-6509  MHP

11        Plaintiff(s),                         **ORDER OF RECUSAL AND
                                                REASSIGNMENT**
12      v.

13   LAWRENCE L. AKIN et al,

14        Defendant(s).
     _____/

15

16        I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action,

17   hereby recuse myself from this case.

18        This matter is hereby referred to the Assignment Committee for reassignment to another

19   United States District Judge for all further proceedings, including all pretrial and trial proceedings,

20   and the entry of final judgment.  The current scheduled dates shall be maintained except as modified

21   or rescheduled in accordance with instructions by the reassigned Judge.

22

23        **IT IS SO ORDERED.**

24   Dated: October 24, 2006

25                                              _____
                                                MARILYN HALL PATEL
26                                              United States District Judge

27

28